

# IN THE
# TENTH COURT OF APPEALS

No. 10-21-00068-CR

## EX PARTE HEATHER MARIE RYAN

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 21-015**

## MEMORANDUM OPINION

Appellant Heather Marie Ryan has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal.

We previously abated this appeal for a determination by the trial court as to whether Ryan desired to continue this appeal because Ryan had not filed a brief despite being directed to do so by this Court. *See* TEX. R. APP. P. 38.8(b)(2). The trial court conducted a hearing on September 2, 2021, and the record makes clear that Ryan wishes to dismiss this appeal. We reinstate this case and grant Ryan's motion to dismiss. The appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed September 15, 2021
Do not publish
[CR25]

